UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



FILED
JAN 1 2 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**Justin Campbell Saunders**

Write the full name of each plaintiff or petitioner.

Case No. __ CV 20-CR-13

-against-

NOTICE OF MOTION

**UNITED STATES**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that **Defendant** **Justin Campbell Saunder**
plaintiff or defendant    name of party who is making the motion

requests that the Court:

MOTION FOR EARLY TERMINATION OF PROBATION.
The Defendant, JUSTIN CAMPBELL SAUNDERS, (hereinafter, "Mr. Saunders" by and through "PRO SE" Pursuant to 18 U.S.C. section 3564(c) also pursuant to 18 U.S.C. section 3583(e) both incorporating federal rules of criminal procedure. Mr. Saunders respectfully moves this Honorable Court to terminate his term of supervised probation and grant all previous permissions and rights. in support of this motion Mr. Saunders submits the following.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:

01/9/2023
Dated

*[signature]*
Signature

**Justin C Saunders**
Name

Prison Identification # (if incarcerated)

415. Moore Dr.          Lexington         nc       27292
Address                 City              State    Zip Code

Telephone Number (if available)        E-mail Address (if available)

WDNY Rev: 01/2021

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

**Justin Campbell Saunders**

Fill in above the full name of each plaintiff or petitioner.

Case No. ___   CV  **20-CR-13-V**

-against-

**United States**

**United States Attorney**

**Pierre Richard Antoine**

**Lawrence J. Vilardo**

Fill in above the full name of each defendant or respondent.

## DECLARATION

**I Justin Saunders do declare and affirm to this motion of early termination to be true and foregoing.**

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, **Justin C Saunders**, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Listed below is as follows: JURISDICTION- The power of a court to adjudicate cases and issue orders and properly exercise its power.
FEDERAL RULES OF PROCEDURE.
U.S.C- UNITED STATES CODES.
ALL incorporating the above in support of this motion.

Rev. 02/2021

JURISDICTION- This court has Jurisdiction pursuant to (18 U.S.C SECTION 3583 (e) to "TERMINATE' a term of supervised release at anytime after one year.

RULE 32.19(C)- Revoking or modifying probation or supervised release- IF THE JUDGE FINDS PROBABLE CAUSE, THE JUDGE MUST CONDUCT A REVOCATION HEARING.

RUNNING TERM OF PROBATION- 18 U.S.C. SECTION 3564 (C)-(EARLY TERMINATION)- THE COURT, AFTER CONSIDERING THE FACTORS SET FORTH IN SECTION 3553 (A) TO THE EXTENT THAT THEY ARE APPLICABLE, MAY, PURSUANT TO THE PROVISIONS OF THE FEDERAL RULES OF CRIMINAL PROCEDURE RELATING TO THE MODIFICATION OF PROBATION, TERMINATE A TERM OF PROBATION PREVIOUSLY ORDERED AND DISCHARGE THE DEFENDANT AT ANY TIME IN THE CASE OF A MISDEMEANOR OR AN INFRACTION OR AT ANY TIME AFTER THE EXPIRATION OF ONE YEAR OF PROATION IN THE CASE OF A FELONY IF IT IS SATISFIED THAT SUCH ACTION ISWARRANTED BY THE CONDUCT OF THE DEFENDANT AND THE INTEREST OF JUSTICE.

Officers should consider the suitability of early termination for offenders as soon as they are statutorily eligible listed above 3583(e)1 the general basis for consideration of early termination are as follows

1) Stable community reintegration I.E (Family ,Employment, Residence.
2) Progressive strides toward supervision objectives and in compliance with all the conditions of supervision
3) No history of violence I.E ( Sexual assault , domestic violence , predatory,
4) No recent arrests or convictions no pending charges or unresolved pending charges no ongoing criminal conduct
5) No drug or alcoholic abuse.
6) Not identifiable risk to the safety of any victim or following citizens
7)  No history of psychotic episodes
8)  No public safety risk

I Mr. Saunders do affirm that I have been rehabilitated and have performed to the best of my ability to remain on the straight and narrow path of success education and being the master of my own destiny my book has infinite chapters and my book has only just began not yet reaching its climax with sheer determination and relentlessness I plan on being the very pinnacle of progress that I was meant to be my story may have started off on the rocky side but with drive and fortitude and the right gusts of wind I plan it to be smooth sailing ahead. I ask you not to open or judge  the wounds of the past but to examine how time heals any individual I cannot change the current state of the world but I can be the change that I wish to see in the world.

Attach additional pages and documents if necessary.

01/09/2023
Executed on (date)

Signature

Justin C Saunders
Name

Prison Identification # (if incarcerated)

Address    City    State    Zip Code

Telephone Number (if available)    E-mail Address (if available)

